UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>RONNIE DALE NASH,<br><br>               Defendant. | NO. CR-06-2092-RHW<br><br>ORDER GRANTING MOTION TO EXPEDITE **(Ct. Rec. 14)**<br>ORDER ON STAY IS MOOT **(Ct. Rec. 13)**<br>AND ORDER GRANTING RECONSIDERATION **(Ct. Rec. 12)** |

On June 7, 2006, a motion for reconsideration was brought before the court. The government was represented by Thomas Hanlon, Esq., and defendant was present with retained counsel Ulvar Klein, Esq.

The government moved for an expedited hearing to prevent defendant from being released. The Court granted the motion to expedite **(Ct. Rec. 14)**.

The government moved for a motion to stay the Court's Order Setting Conditions of Release. The government's motion is **moot (Ct. Rec. 13)** as the defendant did not complete the release requirements and was held overnight in detention.

The government moved for reconsideration of the Court's Order Setting Conditions of Release. The Court **granted** the government's

ORDER GRANTING MOTION TO EXPEDITE
ORDER ON STAY IS MOOT AND
ORDER GRANTING RECONSIDERATION - 1

motion for reconsideration **(Ct. Rec. 12)** and revised the Order Setting Conditions of Release in light of argument presented citing 18 U.S. §3142 which states a defendant shall be detained when a continuance is requested.

The defendant is committed to the custody of the United States Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending the detention hearing scheduled on Monday, June 12, 2006 at 9:00 a.m.

**IT IS SO ORDERED:**

DATED this 8th day of June, 2006.

> s/Michael W. Leavitt
> United States Magistrate Judge

ORDER GRANTING MOTION TO EXPEDITE
ORDER ON STAY IS MOOT AND
ORDER GRANTING RECONSIDERATION - 2